Dismissed and Memorandum Opinion filed March 26, 2009








Dismissed
and Memorandum Opinion filed March 26, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00599-CV

____________

 

BRAEDI CRAIG, Appellant

 

V.

 

MICHAEL P. MARTZ, ET AL., Appellees

 

 



 

On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2006-81505

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 25, 2008.  The clerk=s record was filed on December 1,
2008.  The reporter=s record was filed August 13, 2008.  No brief was filed.

On
February 5, 2009, this Court issued an order stating that unless appellant
submitted her brief, together with a motion reasonably explaining why the brief
was late, on or before March 5, 2009, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Yates, Guzman, and
Sullivan.